IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**BISHOP ROBERTSON**                                                                    **PLAINTIFF**

**V.**                            **CIVIL ACTION NO. 1:15-CV-39-SA-DAS**

**STEPHEN HALL LANDY**                                           **DEFENDANT**

## AGREED ORDER OF DISMISSAL

Before the Court is the *ore tenus* motion to dismiss all claims asserted by Plaintiff Bishop Robertson with prejudice. Having duly considered said motion, the Court is of the opinion that the motion is well taken and should be granted.

It is, therefore, ORDERED that all claims asserted in this case, or which could have been asserted in this case, by Plaintiff Bishop Robertson against Defendant Stephen Hall Landy are hereby dismissed **with prejudice** and this CASE IS CLOSED. All parties shall bear their own costs.

**SO ORDERED AND ADJUDGED the 15th day of September, 2015.**

                                         **/s/ Sharion Aycock**
                                         **UNITED STATES DISTRICT COURT JUDGE**